**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Rejesta Jones

                       Plaintiff,

v.                                                       Case No.: 1:21−cv−04930

                                                              Honorable Martha M. Pacold

Triad Senior Living, Inc., et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 27, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Stipulation of Dismissal [28], this case is hereby dismissed without prejudice, with each party to bear its own attorneys' fees, expenses, and costs. The dismissal will automatically convert to a dismissal with prejudice with each party to bear its own attorneys' fees, expenses and costs twenty−eight (28) days following the entry of this dismissal order. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.